**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0219-WJM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$19,712.00 IN UNITED STATES CURRENCY

    Defendant.

---

**ORDER GRANTING MOTION FOR FINAL ORDER OF FORFEITURE**

---

    This matter comes before the Court on the Government's Motion for Final Order of Forfeiture, filed February 13, 2014 (ECF No. 38).  The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

    THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    THAT the United States and pro se claimant Dan Jensen have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

    THAT no other claims to defendant property have been filed;

    THAT forfeiture of $16,712.00 of defendant $19,712.00 shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C § 881.

It is hereby ORDERED

THAT the Government's Motion is GRANTED;

THAT forfeiture of $16,712.00 of defendant $19,712.00 shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated this 13th day of February, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge